**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELINDA CUNNINGHAM, ) | NO. CV 19-5827-JVS(E) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO SHOW CAUSE RE |
| v. ) | |
| ) | DISMISSAL FOR FAILURE TO |
| ANDREW SAUL, COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | PROSECUTE |
| ) | |
| ) | |
| Defendant. ) | |

By Order filed July 15, 2019, the Court directed Plaintiff to file a proof of service of the Summons and Complaint within thirty (30) days of the date of that Order. As of the present date, no such proof of service has been filed.

IT IS ORDERED that Plaintiff shall appear before Magistrate Judge Charles F. Eick on **November 8, 2019**, at 9:30 a.m. in Courtroom 750, Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, and then and there shall show cause, if there be any, why this action should not be dismissed for violation of this Court's previous Order and for Plaintiff's failure to

prosecute this action. See <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 629-30 (1952).

If proof of service of the Summons and Complaint is filed with the Clerk and a copy delivered to the Chambers of the Magistrate Judge before the hearing date, the Order to Show Cause Re Dismissal will be taken off calendar and Plaintiff need not appear.

If no proof of service is filed and submitted prior to the hearing, and if Plaintiff objects to dismissal of the action, Plaintiff shall file a written objection to the dismissal, with points and authorities, not later than ten (10) days prior to the hearing. (Failure to file such objection within the time specified or failure to appear at the hearing will be deemed a consent to the dismissal of the action as proposed herein).

If Plaintiff does not object to the proposed dismissal, Plaintiff shall so inform the Clerk in writing and Plaintiff's appearance at the hearing will be excused.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order by United States mail on counsel for Plaintiff.

DATED: October 9, 2019.

                                                /s/
                                CHARLES F. EICK
                      UNITED STATES MAGISTRATE JUDGE